

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| J.S., | § | No. 08-13-00354-CV |
| Appellant, | § | Appeal from the |
| v. | § | 65th Judicial District Court |
| TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, Appellee. | § | of El Paso County, Texas |
| | § | (TC#2012DCM03212) |
| | § | |

**J U D G M E N T**

The Court has considered this cause on the record and concludes that there was no error in the judgment. We therefore affirm the judgment of the court below. It appearing to this Court that Appellant is indigent for purposes of appeal, this Court makes no other order with respect thereto. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 29TH DAY OF OCTOBER, 2014.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.
Rivera, J. (Not Participating)